**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Overseas Shipholding Group Inc., et al | : | Case No. 12-20000 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **DNB Bank ASA, New York Branch as Administrative Agent** Attn: Sanjiv Nayar, 200 Park Avenue, 31st Floor, New York, NY 10166, Phone: 212-681-3862, Fax: 212-681-3900

2. **The Bank of New York Mellon as Indenture Trustee of 8.125% Notes Maturing 2018**, Attn: Alex Chang, 101 Barclay Street- 8W, New York, NY 10286, Phone: 212-815-2816

3. **John Hancock Life Insurance Company (USA)** Attn: Michael Short, 197 Clarendon Street, Boston, MA 02116, Phone: 617-572-0335

4. **Pension Benefit Guaranty Corporation**, Attn: Darren Huff, 1200 K Street NW, Washington DC 20005, Phone: 202-326-4070 ext 3467, Fax: 202-842-2643

5. **MCA Associates, Inc.,** Attn: Andrew McAleer, 8 Sound Shore Drive, Suite 275, Greenwich CT 06830, Phone: 203-622-6878, Fax: 203-622-6519


                                          ROBERTA A. DeANGELIS
                                          United States Trustee, Region 3


                                          /s/ Mark Kenney, for
                                          T. PATRICK TINKER
                                          ASSISTANT UNITED STATES TRUSTEE

DATED: November 29, 2012

Attorney assigned to this Case: Mark Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Derek Abbott, Esquire, Phone: (302) 658-9200, Fax: (302) 658-3989