**Exhibit C**

# Receipt and VAT Invoice

**SOUTH SQUARE**

## Professional Fees of Mr Ben Valentin

VAT Registration No: 681111268

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton<br>City Place House<br>55 Basinghall Street<br>London<br>EC2V 5EH | 3-4 South Square<br>Gray's Inn<br>London<br>WC1R 5HP<br><br>Tel     : 020 7696 9900<br>Fax    : 020 7696 9911<br>DX     : 338 (Chancery Lane) |

**PAID**
Date (M/D/Y) 03 May 13
Case Name _____
Case No. 18239-018
Employee ID _____
Amount £397.00 + VAT
Description _____
Prepared By _____
Cheque Signed

Solicitor Ref No. LUKE STREATFEILD       Date  30 April 2013       Case Ref No.  77213

## OVERSEAS SHIPHOLDING GROUP INC

| Date | Description | Fees | VAT |
|---|---|---:|---:|
| 24 Jan 2013 | Drafting skeleton argument; hearing preparation; drafting order template | 1830.00 | 366.00 |
| 25 Jan 2013 | Finalising skeleton argument in light of comments received overnight | 480.00 | 96.00 |
| 28 Jan 2013 | Preparation for hearing of recognition applications | 1250.00 | 250.00 |
| 29 Jan 2013 | Attending hearing of recognition applications in Companies Court, including waiting time and prep beforehand | 1155.00 | 231.00 |
| 01 Feb 2013 | Reviewing advertisement, approving with comments<br>* 12 mins   *£65 on previous fee note is paid, only £12 due | 77.00 | 15.40 |
| 15 Apr 2013 | * Email advice in relation to scope of stay granted in respect of International Seaways arbitration.<br>48 minutes | 308.00 | 61.60 |
| 23 Apr 2013 | ** Telephone call with Luke Steatfeild re stays relating to ongoing London arbitrations<br>12 minutes | 77.00 | 15.40 |
| 30 Apr 2013 | *PAYMENT RECEIVED WITH THANKS chq no 060119 (Total £13578.00 Inv 854)* | -11315.00 | -2263.00 |

BATCH NO: 201324890
DATE: 9-5-13
INPUT BY: JS

18239-018

Note: Items marked '*' are previously unbilled

| | | |
|---|---|---:|
| Payment for £13,578.00<br>received with thanks | OUTSTANDING FEES | £397.00 |
| | OUTSTANDING VAT | £79.40 |
| | **TOTAL OUTSTANDING** | **£476.40** |

Tax Invoice Number: 854       Date of Tax Point: 30/04/2013

PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE

**Professional Fees of Mr Ben Valentin**

VAT Registration No: 681111268

Cleary Gottlieb Steen & Hamilton
City Place House
55 Basinghall Street
London
EC2V 5EH



**SOUTH SQUARE**

3-4 South Square
Gray's Inn
London
WC1R 5HP
Tel     : 020 7696 9900
Fax    : 020 7696 9911
DX     : 338 (Chancery Lane)

Solicitor Ref No. LUKE STREATFEILD                Date    30 May 2013                Case Ref No.   77213

---

**OVERSEAS SHIPHOLDING GROUP INC**

| Date | Description | Fees | VAT |
|---|---|---|---|
| 2. Jan 2013 | Finalising skeleton argument in light of comments received overnight | 480.00 | 96.00 |
| 28 Jan 2013 | Preparation for hearing of recognition applications | 1250.00 | 250.00 |
| 29 Jan 2013 | Attending hearing of recognition applications in Companies Court, including waiting time and prep beforehand | 1155.00 | 231.00 |
| 01 Feb 2013 | Reviewing advertisement, approving with comments  12 mins | 77.00 | 15.40 |
| 15 Apr 2013 | Email advice in relation to scope of stay granted in respect of International Seaways arbitration.  48 minutes | 308.00 | 61.60 |
| 23 Apr 2013 | Telephone call with Luke Steatfeild re stays relating to ongoing London arbitrations  12 minutes | 77.00 | 15.40 |
| *30 Apr 2013* | *PAYMENT RECEIVED WITH THANKS chq no 060119 (Total £13578.00 Inv 854)* | -11315.00 | -2263.00 |
| 10 May 2013 * | * on International Seaways arbitration; considering advice beforehand  18 minutes in total Telephone call with Luke Streitfeld re English stay and impact | 115.50 | 23.10 |
| 14 May 2013 * | * Advising on amendment to International Seaways stay  6 minutes | 38.50 | 7.70 |

Note: Items marked '*' are previously unbilled

*18239-018*

| | | |
|---|---|---|
| BATCH NO: 20125234 | OUTSTANDING FEES | £551.00 |
| DATE: 13/06/13 | OUTSTANDING VAT | £110.20 |
| INPUT BY: SS | **TOTAL OUTSTANDING** | **£661.20** |

PLEASE MAKE CHEQUE PAYABLE TO Mr Ben Valentin

Previously Rendered: 05 Feb 2013, 14 Feb 2013, 14 Mar 2013, 02 May 2013

VALID ONLY WHEN RECEIPTED                PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE

Page: 2/2

Professional Fees of Mr Ben Valentin
VAT Registration No: 681111268



Cleary Gottlieb Steen & Hamilton
City Place House
55 Basinghall Street
London
EC2V 5EH

**SOUTH SQUARE**

3-4 South Square
Gray's Inn
London
WC1R 5HP

Tel : 020 7696 9900
Fax : 020 7696 9911
DX : 338 (Chancery Lane)

Solicitor Ref No. LUKE STREATFEILD        Date 21 June 2013        Case Ref No. 77213

## OVERSEAS SHIPHOLDING GROUP INC

| Date | Description | Fees | VAT |
|---|---|---:|---:|
| 2 Jan 2013 | Finalising skeleton argument in light of comments received overnight | 480.00 | 96.00 |
| 28 Jan 2013 | Preparation for hearing of recognition applications | 1250.00 | 250.00 |
| 29 Jan 2013 | Attending hearing of recognition applications in Companies Court, including waiting time and prep beforehand | 1155.00 | 231.00 |
| 01 Feb 2013 | Reviewing advertisement, approving with comments 12 mins | 77.00 | 15.40 |
| 15 Apr 2013 | Email advice in relation to scope of stay granted in respect of International Seaways arbitration. 48 minutes | 308.00 | 61.60 |
| 23 Apr 2013 | Telephone call with Luke Steatfeild re stays relating to ongoing London arbitrations 12 minutes | 77.00 | 15.40 |
| *30 Apr 2013* | *PAYMENT RECEIVED WITH THANKS chq no 060119 (Total £13578.00 Inv 854)* | *-11315.00* | *-2263.00* |
| 10 May 2013 | Telephone call with Luke Streitfeld re English stay and impact on International Seaways arbitration; considering advice beforehand 18 minutes in total | 115.50 | 23.10 |
| 14 May 2013 | Advising on amendment to International Seaways stay 6 minutes | 38.50 | 7.70 |
| 11 Jun 2013 * | Call with Luke Streatfeild re International Seaways arbitration 24 minutes | 154.00 | 30.80 |

Note: Items marked '*' are previously unbilled

| | | |
|---|---|---:|
| | OUTSTANDING FEES | £705.00 |
| | OUTSTANDING VAT | £141.00 |
| | **TOTAL OUTSTANDING** | **£846.00** |

PLEASE MAKE CHEQUE PAYABLE TO Mr Ben Valentin

Previously Rendered: 05 Feb 2013, 14 Feb 2013, 14 Mar 2013, 02 May 2013, 30 May 2013

VALID ONLY WHEN RECEIPTED        PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE

Page: 2/2

BATCH NO: 2012 5443
DATE: 5 July 13
INPUT BY: SS