IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
*In re* : Chapter 11
:
Overseas Shipholding Group, Inc., *et al.*, [1] : Case No. 12-20000 (PJW)
:
Debtors. : Jointly Administered
:
: Hearing Date: February 3, 2014 at 2:00 p.m. (ET)
: Objections Due: January 27, 2014 at 4:00 p.m. (ET)
------------------------------------------------------------X

**NOTICE OF DEBTORS' MOTION FOR ORDER (A)(I) AUTHORIZING AND APPROVING SALE PROCEDURES; (II) AUTHORIZING AND APPROVING FORM AND MANNER OF NOTICE AND (B) AUTHORIZING AND APPROVING SALE OF CERTAIN OF THE DEBTORS' ASSETS, INCLUDING THE OVERSEAS BERYL, FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have today filed and served the attached **Debtors' Motion For Order (A)(I) Authorizing And Approving Sale Procedures; (II) Authorizing And Approving Form And Manner Of Notice And (B) Authorizing And Approving Sale Of Certain Of The Debtors' Assets, Including The Overseas Beryl, Free And Clear Of All Liens, Claims, And Encumbrances** (the "Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the Motion must file a response or objection (an "Objection"), if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 27, 2014 at 4:00 p.m. (ET)** (the "Objection Deadline").

At the same time, you must serve such Objection on counsel for the Debtors so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 3, 2014 AT 2:00 P.M. (EASTERN TIME)** BEFORE THE HONORABLE PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM

---

[1] A complete list of all Debtors in these jointly administered cases can be found at http://www.kccllc.net/osg, by contacting Debtors' counsel or by reviewing the joint administration order in these cases, located at D.I. 38 in Case No. 12-20000. The Debtors' address for purposes of these chapter 11 cases is 1301 Avenue of the Americas, 42nd Floor, New York, NY 10019.

NO. 2, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: January 13, 2014<br>   Wilmington, Delaware | MORRIS NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Daniel B. Butz*<br>Derek C. Abbott (No. 3376)<br>Daniel B. Butz (No. 4227)<br>William M. Alleman, Jr. (No. 5449)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |

7909167.1