# **EXHIBIT C**

[Agreement]

# MEMORANDUM OF AGREEMENT
**(this "Agreement")**
Dated [•]

> Norwegian Shipbrokers' Association's Memorandum of Agreement for sale and purchase of ships. Adopted by The Baltic and International Maritime Council (BIMCO) IN 1956.
> **SALEFORM 1993**
> Revised 1966, 1983 and 1986/87

| | |
|---|---|
| **Fourth Aframax Tanker Corporation,** hereinafter called the Sellers, have agreed to sell, and | 1 |
| [•] hereinafter called the Buyers, have agreed to buy | 2 |

Name: **Overseas Beryl**  3

Classification Society/Class: **ABS**  4

Built: **May 1994**   By: **Hyundai Heavy**  5

Flag: **Marshall Islands**   Place of Registration: **Majuro**  6

Call sign: **V7AW2**   Grt/Nrt: **53341 GRT**  7

Register number: **9043043**  8

hereinafter called the "Vessel", on the following terms and conditions:  9

**Definitions**  10

"Banking Days" are days on which banks are open both in the country of the currency stipulated  11
for the Purchase price in Clause 1 and in the place of closing stipulated in Clause 8.  12

"In writing" or "written" means a letter handed over from the Sellers to the Buyers or vice versa,  13
a registered letter, telex, telefax of other modern form of written communication.  14

"Classification Society" or "Class" means the Society referred to in line 4.  15

**"Bankruptcy Court"** means the United States Bankruptcy Court for the District of Delaware.

**"Bankruptcy Code"** means Title 11 of the United States Code, 11 U.S.C. §101 et seq.

**"Bankruptcy Rules"** means the Federal Rules of Bankruptcy Procedure.

**"Chapter 11 Cases"** means the cases commenced by the Sellers and their debtor affiliates under Chapter 11 of the Bankruptcy Code on November 14, 2012 by filing voluntary petitions for relief in the Bankruptcy Court.

**"Person"** means an individual, a partnership, a corporation, an association, a limited or unlimited liability company, a joint stock company, a trust, a joint venture, an unincorporated organization or other legal entity or government entity.

**"Sale Order"** means the order of the Bankruptcy Court under Sections 105 and 363 of the Bankruptcy Code, approving the transactions contemplated by this Agreement, entered into by the Bankruptcy Court on [__], 2014.  16

**"Seller Encumbrances"** as defined in Section 9 a) below.

**1.**   **Purchase Price:** USD **[•] (the "Purchase Price").**

| | | |
|---|---|---|
| **2.** | **Deposit** | 17 |

As a security for the correct fulfilment of this Agreement, the Buyers shall pay a deposit of **20% (twenty per cent)** of the Purchase Price within **3 (three)** Banking Days from the date of this Agreement.  This deposit shall be placed **by Buyers** and held ~~by them in a joint account for the Sellers and the Buyers~~ **in an escrow or other account as agreed by the Sellers and Buyers**, to be released in accordance with joint written instructions of the Sellers and the Buyer.  Interest, if any, to be credited to the Buyers.  Any fee charged for holding said deposit shall be borne equally by the Sellers and the Buyers.

18
19
20
21
22
23
24

| | | |
|---|---|---|
| **3.** | **Payment** | 25 |

The said Purchase Price shall be paid in full, **together with the other amounts due from the Buyers,** free of bank charges to [•]
**immediately prior to** ~~on~~ delivery of the Vessel, but not later than 3 Banking Days after the Vessel is in every respect physically ready for delivery in accordance with the terms and conditions of this Agreement and Notice of Readiness **(which does not require the Buyers' written acceptance or signature)** has been given in accordance with Clause 5.

26
27
28
29

**4.    Inspections**    30

a)    The Buyers have inspected and accepted the Vessel's classification records.  The Buyers have also inspected the Vessel at/in **[•]** on **[•]** and have accepted the Vessel following this inspection and the sale is outright and definite, subject only to the terms and conditions of this Agreement.

31
32
33
34

b)    ~~The Buyers shall have the right to inspect the vessel's classification records and declare whether same are accepted or not within~~
~~The Sellers shall provide for inspection of the Vessel at/in~~
~~The Buyers shall undertake the inspection without undue delay to the Vessel. Should the Buyers cause undue delay they shall compensate the Sellers for the losses thereby incurred. The Buyers shall inspect the Vessel without opening up and without cost to the Sellers. During the inspection, the Vessel's deck and engine log books shall be made available for examination by the Buyers. If the Vessel is accepted after such inspection, the sale shall become outright and definite, subject only to the terms and conditions of this Agreement, provided the Sellers receive written notice of acceptance from the Buyers within 72 hours after completion of such inspection.~~
~~Should notice of acceptance of the Vessel's classification records and of the Vessel not be received by the Sellers as aforesaid, the deposit together with interest earned shall be released immediately to the Buyers, whereafter this Agreement shall be null and void.~~

35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50

**5.    Notices, time and place of delivery**    51

a)    The Sellers shall keep the Buyers well informed of the Vessel's itinerary and shall provide the Buyers with **[•], [•], and [•]** days' **approximate** notice **and 1 (one) day definite notice** of the estimated time of arrival at the intended place of ~~drydocking/underwater inspection/~~delivery.  **Such notices shall not require the Buyers' written acceptance or signature.**  When the Vessel is at the place of delivery and in every respect physically ready for delivery in accordance with this Agreement, the Sellers shall give the Buyers a written Notice of Readiness for delivery.  Once the Vessel has arrived at the delivery port

52
53
54
55
56

2

|  |  |  |
|---|---|---|
|  | within the laycan, the Vessel shall automatically be deemed to have fulfilled all contractual requirements for delivery regarding laycan. |  |
| b) | The Vessel shall be delivered and taken over safely afloat at a safe and accessible berth or anchorage or port at/in **[•]** in the Sellers' option. | 57 58 59 |
|  | Expected time of delivery: **[•]** | 60 |
|  | Date of cancelling (see Clauses 5c), ~~6b)(iii),~~ **6a), 13 and** 14): **[•], 2014 (the "cancelling date").** | 61 |
| c) | If the Sellers anticipate that, notwithstanding the exercise of due diligence by them, the Vessel will not be ready for delivery by the cancelling date, they may notify the Buyers in writing stating the date when they anticipate that the Vessel will be ready for delivery and propose a new cancelling date. Upon receipt of such notification the Buyers shall have the option of either cancelling this Agreement in accordance with Clause 14 within ~~7~~**3 (three) Banking** ~~running~~ **days** of receipt of the notice or of accepting the new date as the new cancelling date.  If the Buyers have not declared their option within ~~7~~ **3 (three)**~~running~~ **Banking Days** of receipt of the Sellers' notification or if the Buyers accept the new date, the date proposed in the Sellers' notification shall be deemed to be the new cancelling date and shall be substituted for the cancelling date stipulated in line 61. | 62 63 64 65 66 67 68 69 70 71 |
|  | If this Agreement is maintained with the new cancelling date all other terms and conditions hereof including those contained in clauses 5a) and 5c) shall remain unaltered and in full force and effect.  Cancellation or failure to cancel shall be entirely without prejudice to any claim for damages the Buyers may have under Clause 14 for the Vessel not being ready by the original cancelling date. | 72 73 74 75 76 |
| d) | Should the Vessel become an actual, constructive or compromised total loss before delivery then the deposit **(20% of the Purchase Price)** together with interest earned **thereon** shall be released ~~immediately~~ **promptly** to the Buyers whereafter this Agreement shall be null and void **and Buyers (and their successors and assigns) shall have no other or further claims against Sellers or their estates**. | 77 78 79 |
| **6.** | ~~**Drydocking/Divers Inspection**~~ | 80 |
| ~~a)\*\*~~ | ~~The Sellers shall place the Vessel in drydock at the port of delivery for inspection by the Classification Society of the Vessel's underwater parts below the deepest load line, the extent of the inspection being in accordance with the Classification Society's rules. If the rudder, propeller, bottom or other underwater parts below the deepest load line are found broken, damaged or defective so as to affect the Vessel's class, such defects shall be made good at the Sellers' expense to the satisfaction of the Classification Society without condition/recommendation\*.~~ | 81 82 83 84 85 86 87 |
| ~~b)\*\*~~ | ~~(i) The Vessel is to be delivered without drydocking.  However, the Buyers shall have the right at their expense to arrange for an underwater inspection by a diver approved by the Classification Society prior to the delivery of the Vessel.  The Sellers shall at their cost make the Vessel available for such inspection.  The extent of the inspection and the conditions under which it is performed shall be to the satisfaction of the Classification Society.  If the conditions at the port of delivery are unsuitable for such inspection, the Sellers shall make the Vessel available at a suitable alternative place near to the delivery port.~~ | 88 89 90 91 92 93 94 95 |
|  | ~~(ii) If the rudder, propeller, bottom or other underwater parts below the deepest load line are found broken, damaged or defective so as to affect the Vessel's class, then unless repairs can be carried out afloat to the satisfaction of the Classification society, the Sellers~~ | 96 97 |

3

~~shall arrange for the Vessel to be drydocked at their expense for inspection by the~~ 98
~~Classification Society of the Vessel's underwater parts below the deepest load line, the~~ 99
~~extent of the inspection being in accordance with the Classification Society's rules. If the~~ 100
~~rudder, propeller, bottom or other underwater parts below the deepest load line are found~~ 101
~~broken, damaged or defective so as to affect the Vessel's class, such defects shall be~~ 102
~~made good by the Sellers at their expense to the satisfaction of the Classification Society~~ 103
~~without condition/recommendation*. In such event the Sellers are to pay also for the cost~~ 104
~~of the underwater inspection and the Classification Society's attendance.~~ 105
106

~~(iii) If the Vessel is to be drydocked pursuant to Clause 6b)(ii) and no suitable drydocking~~ 107
~~facilities are available at the port of delivery, the Sellers shall take the Vessel to a port~~ 108
~~where suitable drydocking facilities are available, whether within or outside the delivery~~ 109
~~range as per Clause 5b). Once drydocking has taken place the Sellers shall deliver the~~ 110
~~Vessel at a port within the delivery range as per Clause 5b) which shall, for the purpose of~~ 111
~~this Clause, become the new port of delivery. In such event the cancelling date provided~~ 112
~~for in Clause 5b) shall be extended by the additional time required for the drydocking and~~ 113
~~extra steaming, but limited to a maximum of 14 running days.~~ 114

~~c)~~     ~~If the Vessel is drydocked pursuant to Clause 6a) or 6b) above~~ ~~115~~

~~(i) the Classification Society may require survey of the tailshaft system, the extent of the~~ 116
~~survey being to the satisfaction of the Classification surveyor. If such survey is not~~ 117
~~required by the Classification Society, the Buyers shall have the right to require the~~ 118
~~tailshaft to be drawn and surveyed by the Classification Society, the extent of the survey~~ 119
~~being in accordance with the Classification Society's rules for tailshaft survey and~~ 120
~~consistent with the current stage of the Vessel's survey cycle. The Buyers shall declare~~ 121
~~whether they require the tailshaft to be drawn and surveyed not later than by the~~ 122
~~completion of the inspection by the Classification Society. The drawing and refitting of the~~ 123
~~tailshaft shall be~~
~~arranged by the Sellers. Should any parts of the tailshaft system be condemned or found~~ 124
~~defective so as to affect the Vessel's class, those parts shall be renewed or made good at~~ 125
~~the Sellers' expense to the satisfaction of the Classification Society without~~ 126
~~condition/recommendation*.~~ 127

~~(ii) the expenses relating to the survey of the tailshaft system shall be borne by the Buyers~~ 128
~~unless the Classification Society requires such survey to be carried out, in which case the~~ 129
~~Sellers shall pay these expenses. The Sellers shall also pay the expenses if the Buyers~~ 130
~~require the survey and parts of the system are condemned or found defective~~ 131
~~or broken so as to affect the Vessel's class*.~~ 132

~~(iii) the expenses in connection with putting the Vessel in and taking her out of~~ 133
~~drydock, including the drydock dues and the Classification Society's fees shall be paid by~~ 134
~~the Sellers if the Classification Society issues any condition/recommendation* as a result~~ 135
~~of the survey or if it requires survey of the tailshaft system. In all other cases the Buyer~~ 136
~~shall pay the aforesaid expenses, dues and fees.~~ 137

~~(iv) the Buyers' representative shall have the right to be present in the drydock, but without~~ 138
~~interfering with the work or decisions of the Classification surveyor.~~ 139

~~(v) the Buyers shall have the right to have the underwater parts of the Vessel cleaned and~~ 140
~~painted at their own risk and expense without interfering with the Sellers' or the~~ 141
~~Classification Society surveyor's work, if any, and without affecting the Vessel's timely~~ 142
~~delivery. If, however, the Buyers' work in drydock is still in progress when the Sellers have~~ 143
~~completed the work which the Sellers are required to do, the additional docking time~~ 144
~~needed to complete the Buyers' work shall be for the Buyers' risk and expense. In the~~ 145

|   |   |   |
|---|---|---|
| | ~~event that the Buyers' work requires such additional time, the Sellers may upon completion of the Sellers' work tender Notice of Readiness for delivery whilst the Vessel is still in drydock and the Buyers shall be obliged to take delivery in accordance with Clause 3, whether the Vessel is in drydock or not and irrespective of Clause 5b).~~ | ~~146~~ ~~147~~ ~~148~~ ~~149~~ |
| ~~*~~ | ~~Notes, if any, in the surveyor's report which are accepted by the Classification Society without condition/recommendation are not to be taken into account.~~ | ~~150~~ ~~151~~ |
| ~~**~~ | ~~6a) and 6b) are alternatives; delete whichever is not applicable. In the absence of deletions, alternative 6a) to apply.~~ | 152 153 |

**7.      Spares/bunkers etc.**                                                                                             154

**Except as otherwise expressly set forth herein,** the Sellers shall deliver the Vessel to the Buyers with everything belonging to her on board and on shore. **The Vessel does not have a spare propeller or spare tail shaft.** ~~All spare parts and spare equipment including spare tail-end shaft(s) and/or spare propeller(s)/propeller blade(s), if any, belonging to the Vessel at the time of inspection used or unused, whether on board or not shall become the Buyers' property, but spares on order are to be excluded. Forwarding charges, if any, shall be for the Buyers' account.~~ The Sellers are not required to replace spare parts including spare tail-end shaft(s) and spare propeller(s)/propeller blade(s) which are taken out of spare and used as replacement prior to delivery, but the replaced items shall be the property of the Buyers. ~~The radio installation and navigational equipment shall be included in the sale without extra payment if they are the property of the Sellers. Unused stores and provisions shall be included in the sale and be taken over by the Buyers without extra payment.~~   155 156 157 158 159 160 161 162 163 164

The Sellers have the right to take ashore crockery, plates, cutlery, linen and other articles bearing the Sellers' flag or name. ~~provided they replace same with similar unmarked items.~~ Library, forms, etc., exclusively for use in the Sellers' vessel(s), shall be excluded without compensation. Captain's Officers' and Crew's personal belongings including the slop chest are to be excluded from the sale, as well as the following additional items (including items on hire): **(Hired items to be advised)**   165 166 167 168 169

~~The Buyers shall take over the remaining bunkers and unused lubricating oils in storage tanks and sealed drums and pay the current net market (excluding barging expenses) as documented by copies of latest supporting vouchers. at the port and date of delivery of the vessel.~~   170 171

172
~~Payment under this Clause shall be made at the same time and place and in the same currency as the Purchase Price.~~   173 174

**8.      Documentation**                                                                                                   175

The place of closing to be in **New York, New York at the offices of Overseas Shipholding Group, Inc. or such other location as may be agreed by the Sellers and the Buyers in writing.**   176

In exchange for payment of the full Purchase Price along with any other payments called for in accordance with this Agreement, the Sellers shall furnish the Buyers with delivery documents reasonably required for legal transfer of the Vessel and to effect the registration of the Vessel under the Buyers' intended flag and its ownership by the Buyers, including but not limited to:   177 178

  a) immediately after the Sellers have confirmed receipt of the total amount due to them, an original duly notarized bill of sale in triplicate in proper form for recording, transferring title to the Vessel and everything belonging to her to the Buyers;

  b) **A PDF copy of** a certificate of ownership and encumbrance issued by the Marshall Islands registry dated the date of closing evidencing ownership of the Vessel by the Sellers;

5

c) ~~permission from the Marshall Islands registry to transfer the Vessel to the Buyers for re-registration under the Buyers' intended flag, which intended flag shall be communicated to the Sellers as soon as possible and at least 30 calendar days before the expected date of the Vessel's delivery;~~

d) a letter of undertaking to provide a deletion certificate within thirty (30) days of closing; ~~if the Vessel will be registered under a flag other than the Marshall Islands flag;~~

e) notarized copies of the Sellers' articles of incorporation and by-laws;

f) a certificate of good standing of the Sellers dated not earlier than one Banking Day prior to the date of the Vessel's delivery;

g) one original notarized copy of the resolutions of the board of directors of the Sellers signed by all the directors which authorize, among other things, the sale of the Vessel to the Buyers pursuant to this Agreement and the appointment of the Sellers' attorneys-in-fact;

h) a notarized power of attorney authorizing the attorneys-in-fact of the Sellers to execute and deliver all documents required for the sale and delivery of the Vessel, including the bill of sale for the Vessel;

i) ~~a confirmation of class certificate from the Classification Society for the Vessel issued not earlier than three Banking Days prior to the delivery date of the Vessel, confirming that the Vessel is in class;~~

j) written instructions directing the master or the Sellers' representative at the delivery port to deliver physical possession of the Vessel to the Buyers' representative;

k) ~~one copy of all national / international trading / classification certificates for the Vessel;~~

l) a commercial invoice in triplicate containing the main particulars of the Vessel;

m) a letter of undertaking from the Sellers to the effect that immediately following payment of the amounts due the Sellers, the Sellers will instruct their representative on board physically to deliver the Vessel to the Buyers;

n) ~~a commercial invoice giving the quantity and prices of bunkers (ifo/mdo), lubricating oils and greases;~~ and

o) ~~a certificate of CSR (Continuous Synopsis Record) from No. 1 to the closed/last version~~

p) **copies of relevant pages from Stability Booklet and / or Capacity plan in the name of the Vessel and / or in an ex-Name of the Vessel evidencing Vessels' lightweight**.

The Sellers shall fax or email a draft of closing documents at least five (5) Banking Days prior to the Vessel's arrival at delivery port and the Buyers shall provide comments within two (2) Banking Days of receipt of such draft documents by fax or email. The Sellers shall provide reasonable additional documentation required for registration into the Buyers' flag provided same is communicated within fifteen (15) days prior to the Vessel's arrival at her intended port of delivery.

**The Buyers shall deliver to the Sellers:**

a) payment of United States dollars _____ (_____ United States dollars) representing the balance of the Purchase Price;

    b) ~~payment for bunkers, lubricating oils and greases as provided in this Agreement;~~

    c) a notarized power of attorney authorizing the officers and attorneys-in-fact of the Buyers to execute and deliver all documents for the purchase of the Vessel, including this Agreement; and

    d) a notarized copy of resolutions of the board of directors of Buyers authorizing the purchase of the Vessel from Sellers on the terms set forth in this Agreement and authorizing, among other things, the execution and delivery of this Agreement and any other documents required in connection therewith.

The Buyers shall fax or email a draft of closing documents at least five (5) Banking Days prior to the Vessel's arrival at the delivery port and the Sellers shall provide comments within two (2) Banking Days of receipt of such draft documents by fax or email.

**The Buyers and the Sellers shall execute:**

    a) joint irrevocable instructions to release: (i) the deposit to the Sellers; and (ii) interest earned by the deposit, if any, to the Buyers; and

    b) a protocol of delivery and acceptance confirming the place, date and time of the transfer of title to the Vessel, to be signed after the Sellers have confirmed receipt of the total amount due to them.

| | | |
|---|---|---:|
| a) | ~~Legal Bill of Sale in a form recordable in [     ](the country in which the Buyers are to register the Vessel), warranting that the Vessel is free from all encumbrances, mortgages and maritime liens or any other debts or claims whatsoever, duly notarially attested and legalized by the consul of such country or other competent authority.~~ | 179<br>180<br>181<br>182 |
| b) | ~~Current Certificate of Ownership issued by the competent authorities of the flag state of the Vessel~~ | 183<br>184 |
| c) | ~~Confirmation of Class issued within 72 hours prior to delivery.~~ | 185 |
| d) | ~~Current Certificate issued by the competent authorities stating that the Vessel is free from registered encumbrances.~~ | 186<br>187 |
| e) | ~~Certificate of Deletion of the Vessel from the Vessel's registry or other official evidence of deletion appropriate to the Vessel's registry at the time of delivery, or, in the event that the registry does not as a matter of practice issue such documentation immediately, a written undertaking by the Sellers to effect deletion from the Vessel's registry forthwith and furnish a Certificate or other official evidence of deletion to the Buyers promptly and latest within 4 (four) weeks after the Purchase Price has been paid and the Vessel has been delivered.~~ | 188<br>189<br>190<br>191<br>192<br>193 |
| f) | ~~Any such additional documents as may reasonably be required by the competent authorities for the purpose of registering the Vessel, provided the Buyers notify the Sellers of any such documents as soon as possible after the date of this Agreement.~~ | 194<br>195<br>196 |

~~At the time of delivery the Buyers and Sellers shall sign and deliver to each other a Protocol of Delivery and Acceptance confirming the date and time of delivery of the Vessel from the Sellers to the Buyers.~~     197 198 199

~~At the time of delivery the Sellers shall hand to the Buyers the classification certificate(s) as well as all plans etc., which are on board the Vessel. Other certificates which are on board the Vessel~~     200 201

7

~~shall also be handed over to the Buyers unless the Sellers are required to retain same, in which case the Buyers to have the right to take copies. Other technical documentation which may be in the Sellers' possession shall be promptly forwarded to the Buyers at their expense, if they so request. The Sellers may keep the Vessel's log books but the Buyers to have the right to take copies of the same.~~ 202 203 204 205 206

**9.     Encumbrances** 207

**a)     The Sellers warrant that the Vessel, at the time of delivery, will be free and clear of all liens and claims (including all charters, encumbrances, mortgages and maritime liens or any other debts whatsoever), other than: [(i) statutory liens for taxes or governmental assessments, charges or claims the payment of which is not yet due, or, if due, for taxes the validity of which is being contested in good faith by appropriate proceedings and for which adequate reserves have been established to the extent required by GAAP, other than liens that may be discharged at the time of the completion of the purchase and sale of the Vessel pursuant to the terms of the Sale Order; and (ii) minor title defects or irregularities which do not impair, individually or in the aggregate, in any material respect the use or value of the Vessel, pursuant to and to the extent provided by the Sale Order (such exceptions, the "Seller Encumbrances").** 208 209 210 211

**b)     Subject to the terms and conditions of this Agreement, the Sellers shall sell, and the Buyers shall buy, the Vessel free and clear of all liens and claims (other than the Seller Encumbrances.**

~~The Sellers warrant that the Vessel, at the time of delivery, is free from all charters, encumbrances, mortgages and maritime liens or any other debts whatsoever. The Sellers hereby undertake~~
~~to indemnify the Buyers against all consequences of claims made against the Vessel, which have been incurred prior to the time of delivery.~~

**10.    Taxes etc.** 212

Any taxes, fees**, import duties** and expenses in connection with the purchase ~~and registration under the Buyers' flag~~ shall be for the Buyers' account, whereas similar charges in connection with the closing of the Sellers' register shall be for the Sellers' account. **Expenses incurred prior to delivery are for Sellers' account and all expenses after delivery including pilotage and tug hire charges shall be for Buyers' account.** 213 214 215

**11.    Conditions on delivery** 216

The Vessel with everything belonging to her shall be at the Sellers' risk and expense until she is delivered to the Buyers, but subject to the terms and conditions of this Agreement she shall be delivered and taken over as she was at the time of inspection, fair wear and tear excepted. ~~However, the Vessel shall be delivered with her class maintained without condition/ recommendation\*, free of average damage affecting the Vessel's class, and with her classification certificates and clean national certificates, as well as all other certificates the Vessel had at the time of inspection, and valid and unextended without condition/recommendation\* by Class or the relevant authorities at the time of delivery.~~ 217 218 219 220 221 222 223
"Inspection" in this Clause 11, shall mean the Buyers' inspection according to Clause 4a) or 4b), if applicable, or the Buyers' inspection prior to the signing of this Agreement. If the Vessel is taken over without inspection, the date of this Agreement shall be the relevant date. 224 225 226
227

~~\*     Notes, if any, in the surveyor's report which are accepted by the Classification Society~~ 228

8

| | |
|---|---:|
| ~~without condition/recommendation are not to be taken into account.~~ | 229 |

**12.    Name/markings**  230

Upon delivery the Buyers undertake to change the name of the Vessel and alter funnel markings.    231

**13.    Buyers' default**    232

Should the deposit not be paid in accordance with Clause 2, the Sellers have the right to cancel this Agreement, and they shall be entitled to claim compensation for their losses and for all expenses incurred together with interest.    233 234 235

Should the Purchase Price not be paid in accordance with Clause 3, the Sellers have the right to cancel the Agreement, in which case the deposit together with interest earned shall be released to the Sellers. If the deposit does not cover their loss, the Sellers shall be entitled to claim further compensation for their losses and for all expenses incurred together with interest.    236 237 238 239

**Should the Sellers fail to give Notice of Readiness in accordance with Clause 5a) or fail to be ready to validly complete a legal transfer by the date stipulated in line 61, and such failure has been caused by or resulted from the breach of this Agreement by the Buyers' or any of the Buyers' affiliates', the Sellers have the right to cancel this Agreement, in which case the deposit together with interest earned shall be released to the Sellers.**

**14.    Sellers' default**    240

Should the Sellers fail to give Notice of Readiness in accordance with Clause 5a) or fail to be ready to validly complete a legal transfer by the date stipulated in line 61 the Buyers shall have the option of cancelling this Agreement provided always that the Sellers shall be granted a maximum of 3 Banking Days after Notice of Readiness has been given to make arrangements for the documentation set out in Clause 8. If after Notice of Readiness has been given but before the Buyers have taken delivery, the Vessel ceases to be physically ready for delivery and is not made physically ready again in every respect by the date stipulated in line 61 and new Notice of Readiness given, the Buyers shall retain their option to cancel. In the event that the Buyers elect to cancel this Agreement **pursuant to this Clause 14** the deposit together with interest earned shall be released to them ~~immediately~~ **promptly**.    241 242 243 244 245 246 247 248 249 250

Should the Sellers fail to give Notice of Readiness by the date stipulated in line 61 or fail to be ready to validly complete a legal transfer as aforesaid they shall make due compensation to the Buyers for their loss and for all expenses together with interest if their failure is due to proven negligence and whether or not the Buyers cancel this Agreement.    251 252 253 254

**Notwithstanding anything in this Agreement to the contrary, the right of the Buyers to cancel this Agreement pursuant to this Clause 14 shall not be available to the Buyers if the Buyers or any of the Buyers' affiliates are then in breach of this Agreement and such breach has been the cause of, or has resulted in, the event or condition giving rise to a right to cancel this Agreement pursuant to this Clause 14.**

**15.    Buyers' representatives**    255

After this Agreement has been signed by both parties and the deposit has been lodged, the Buyers have the right to place two representatives on board the Vessel **until delivery** at their sole risk and expense ~~upon arrival at                          on or about~~.    256 257 258

These representatives are on board for the purpose of familiarization and in the capacity of observers only, and they shall not interfere in any respect with the operation of the Vessel. The Buyers' representatives shall sign the Sellers' letter of indemnity prior to their embarkation.    259 260

261

**~~16.    Arbitration~~**    262

~~a)*    This Agreement shall be governed by and construed in accordance with English law and~~    263

9

|   |   |   |
|---|---|---|
|   | ~~any dispute arising out of this Agreement shall be referred to arbitration in London in accordance with the Arbitration Acts 1950 and 1979 or any statutory modification or re-enactment thereof for the time being in force, one arbitrator being appointed by each party. On the receipt by one party of the nomination in writing of the other party's arbitrator, that party shall appoint their arbitrator within fourteen days, failing which the decision of the single arbitrator appointed shall apply. If two arbitrators properly appointed shall not agree they shall appoint an umpire whose decision shall be final.~~ | 264<br>265<br>266<br>267<br>268<br>269<br>270 |
| ~~b)*~~ | ~~This Agreement shall be governed by and construed in accordance with Title 9 of the United States Code and the Law of the State of New York and should any dispute arise out of this Agreement, the matter in dispute shall be referred to three persons at New York, one to be appointed by each of the parties hereto, and the third by the two so chosen; their decision or that of any two of them shall be final, and for purpose of enforcing any award, this Agreement may be made a rule of the Court.~~<br>~~The proceedings shall be conducted in accordance with the rules of the Society of Maritime Arbitrators, Inc. New York.~~ | 271<br>272<br>273<br>274<br>275<br>276<br>277<br>278 |
| ~~c)*~~ | ~~Any dispute arising out of this Agreement shall be referred to arbitration at _____, subject to the procedures applicable there~~<br>~~The laws of ____ shall govern this Agreement.~~ | 279<br>280<br>281 |
| ~~*~~ | ~~16a), 16b) and 16c) are alternatives; delete whichever is not applicable. In the absence of deletions, alternative 16a) to apply.~~ | 282<br>283 |

**17.** The Buyers acknowledge and agree that this Agreement and the procedures for its negotiation has been disclosed in connection with the approval by the Bankruptcy Court of the Sale Order.

**18. Buyers' Authorization.** The Buyers warrant that: (a) the execution, delivery and performance of this Agreement have been duly authorized by the Buyers; (b) upon delivery of the Buyers' executed signature pages hereto, this Agreement has been duly executed and delivered by the Buyers; and (c) the Buyers are duly organized, validly existing and in good standing under the laws of the jurisdiction in which they are organized. Assuming due authorization, execution and delivery by the Sellers (including, without limitation, entry of the Sale Order, which Sale Order has not been stayed, varied or set aside), this Agreement constitutes, or upon its execution will constitute, a valid and binding obligation of the Buyers, enforceable against the Buyers in accordance with its respective terms, except as such enforceability is limited by bankruptcy, insolvency, reorganization, moratorium or other laws affecting creditors' rights generally and subject to general principles of equity, regardless of whether considered in a proceeding in equity or at law. The execution, delivery and performance by the Buyers of this Agreement do not and will not conflict with or result in a breach of the terms, conditions or provisions of, constitute a default under, result in a violation of, give to any Person any right of termination, amendment, modification, acceleration or cancellation or any preemptive right or right to the payment of any penalty under, or require any consent or approval or other action by or declaration or notice to any government entity pursuant to (i) the articles, charter or by-laws of the Buyers, (ii) any contract to which the Buyers are a party or to which any of their assets are subject or (iii) any laws to which the Buyers or any of their assets are subject.

**19. Buyers' Representation.**

    a. The Buyers hereby acknowledge and agree that: (a) except for the representations and warranties expressly set forth herein, the Buyers have not relied on any representation or warranty from the Sellers or any affiliate of the Sellers or any employee, officer, director, accountant, financial, legal or other representative of the Sellers or their affiliates in determining whether to enter into this Agreement; (b) except for the representations and warranties expressly set forth herein, none of the

10

**Sellers or any employee, officer, director, accountant, financial, legal or other representative of the Sellers or any affiliate of the Sellers has made any representation or warranty, express or implied, as to the Vessel (including any implied representation or warranty as to the condition, merchantability, suitability or fitness for a particular purpose of the Vessel, any of which are hereby expressly and irrevocably waived by the Buyers) or the accuracy or completeness of any information regarding the Vessel that the Sellers or any other Person furnished or made available to the Buyers and their representatives (including any projections, estimates, budgets, presentations or due diligence materials).**

    b. **Except for fees and commissions to be paid in accordance with that certain commission agreement as executed by the Buyers and Sellers on the date hereof, no broker, finder or banker is entitled to any brokerage, finder's or similar fee or commission in connection with the transactions contemplated by this Agreement based upon arrangements made by or on behalf of the Buyers or any of their affiliates.**

20. <u>**Bankruptcy Actions**</u>. **The parties agree and acknowledge that Sellers have obtained Bankruptcy Court approval of the Sale Order.**

21. <u>**Conditions to the Purchase and Sale**</u>. **The obligation of each of the Buyers and Sellers to effect the purchase and sale of the Vessel is subject to the Sale Order having been entered by the Bankruptcy Court and not, on the date of delivery of the Vessel by Sellers to Buyers, having been stayed, varied or set aside.**

22. <u>**Termination**</u>. **This Agreement may be cancelled at any time prior to the completion of the purchase and sale of the Vessel by mutual written consent of the Buyers and the Sellers.**
    a. **In the event that this Agreement in cancelled pursuant to this Clause 22, the deposit, together with interest earned thereon, shall be promptly released to the Buyers.**

23. <u>**Effects of Termination**</u>. **If this Agreement is terminated pursuant to Clauses 13, 14 or 22:**

    a. **all further obligations of the parties under or pursuant to this Agreement shall terminate without further liability of any party to the other, except for the provisions of Clause 17, this Clause 23, and Clause 24, <u>provided</u>, <u>however</u>, that neither the termination of this Agreement nor anything in this Clause 23 shall relieve any party from liability for any breach of this Agreement occurring before the termination hereof; and**

    b. **except as required by applicable law, the Buyers shall return to the Sellers or destroy all documents, work papers and other material of the Sellers relating to the transactions contemplated hereby, whether obtained before or after the execution hereof.**

24. <u>**Governing Law; Submission to Jurisdiction; Waiver of Jury Trial.**</u>

    a. **Any questions, claims, disputes, remedies or actions arising from or related to this Agreement, and any relief or remedies sought by any of the Buyers or the Sellers, shall be governed exclusively by the laws of the State of New York applicable to contracts made and to be performed in that State and without regard to the rules of conflict of laws of any other jurisdiction.**

    b. **To the fullest extent permitted by applicable law, each of the Buyers and Sellers: (i) agrees that any claim, action, or proceeding by such party seeking any relief whatsoever arising out of, or in connection with, this Agreement, or the transactions contemplated hereby shall be brought only in (x) the Bankruptcy Court, if brought prior to the entry of a final decree closing the Chapter 11 Cases**

  **and (y) in the United States District Court for the Southern District of New York or, if that court lacks subject matter jurisdiction, the Supreme Court of the State of New York, County of New York, if brought after entry of a final decree closing the Chapter 11 Cases, and shall not be brought, in each case, in any other court in the United States of America or any court in any other country; (ii) agrees to submit to the jurisdiction of the Bankruptcy Court, the United States District Court for the Southern District of New York and the Supreme Court of the State of New York, County of New York, as applicable, pursuant to the preceding clauses (x) and (y) for purposes of all legal proceedings arising out of, or in connection with, this Agreement or the transactions contemplated hereby; (iii) waives and agrees not to assert any objection that it may now or hereafter have to the venue of such action brought in any such court or any claim that any such action brought in such court has been brought in an inconvenient forum; (iv) agrees that the mailing of process or other papers in connection with any such action or proceeding shall be in writing with confirmation or personally delivered or sent by reputable overnight courier service (delivery charges prepaid) or any other manner as may be permitted by law shall be valid and sufficient service thereof; and (v) agrees that a final judgment in any such action or proceeding shall be conclusive and may be enforced in any other jurisdictions by suit on the judgment or in any other manner provided by applicable law.**

 c. **EACH PARTY HEREBY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION DIRECTLY OR INDIRECTLY ARISING OUT OF, UNDER OR IN CONNECTION WITH THIS AGREEMENT, ANY ANCILLARY AGREEMENT OR ANY TRANSACTION CONTEMPLATED HEREBY OR THEREBY.  EACH PARTY (I) CERTIFIES THAT NO REPRESENTATIVE, AGENT OR ATTORNEY OF ANY OTHER PARTY HAS REPRESENTED, EXPRESSLY OR OTHERWISE, THAT SUCH OTHER PARTY WOULD NOT, IN THE EVENT OF LITIGATION, SEEK TO ENFORCE THE FOREGOING WAIVER AND (II) ACKNOWLEDGES THAT IT AND THE OTHER PARTIES HERETO HAVE BEEN INDUCED TO ENTER INTO THIS AGREEMENT AND ANY ANCILLARY AGREEMENTS, AS APPLICABLE, BY, AMONG OTHER THINGS, THE MUTUAL WAIVERS AND CERTIFICATIONS IN THIS SECTION 24.[1]**

*[Execution Page to Follow]*

---

[1] Note to Draft:  A cash buyer may ask us for beaching assistance (e.g., The beaching shall be at Buyers' risk and cost with Sellers providing assistance. Wages for six (6) crew members (including Master / Chief Engineer) for up to six (6) days shall be for Sellers' account.   Wages, victualling and other expenses to maintain the crew for any time in excess of six (6) days up to a maximum of five (5) extra days shall be for Buyers' account  at USD $3,500 per day or pro rata.  The Master, under instructions of the beaching Master, shall trim the Vessel to the best possible draft and trim to beach the Vessel."

| Buyers | Sellers |
|---|---|
| Name: | Name: |
| Title: | Title: |

7886227.2