UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- X
In re                                                   :    Chapter 11
                                                        :
OVERSEAS SHIPHOLDING GROUP,                             :    Case Nos.  12-20000 (PJW)
INC., *et al.*,[1]                                      :
                                                        :    Jointly Administered
                          Debtors.                      :
                                                        :
                                                        :
                                                        :
------------------------------------------------------- X

## MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF JOHN J. CLARKE, JR.

Pursuant to Bankruptcy Court Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of John J. Clarke, Jr., of DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020, to represent Alden Global Capital LLC in the above-captioned cases.

Dated:  June 18, 2014
         Wilmington, Delaware              **DLA PIPER LLP (US)**

                                           */s/  R. Craig Martin*
                                           R. Craig Martin (DE No. 5032)
                                           1201 N. Market Street, Suite 2100
                                           Wilmington, Delaware  19801
                                           Telephone:  (302) 468-5700
                                           Facsimile:  (302) 394-2341
                                           Email:  craig.martin@dlapiper.com

                                           *Attorneys for Alden Global Capital LLC*

---

[1] A complete list of all Debtors in these jointly administered cases can be found at http://www.kccllc.net/osg, by contacting Debtors' counsel or by reviewing the joint administration order in these cases, located at D.I. 38 in Case No. 12-20000.

EAST\77359567.2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the Supreme Court of the United States, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York, and that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 18, 2014

/s/ *John J. Clarke, Jr.*
John J. Clarke, Jr.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: john.clarke@dlapiper.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2014

_____
Peter J. Walsh
United States Bankruptcy Judge